# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSE AGUILAR, | ) | 3:16-CV-0529-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 23, 2018 |
| | ) | |
| MICHAEL B. KOEHN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Dr. Michael Koehn, who is no longer an employee of the Nevada Department of Corrections (ECF No. 16). However, the Attorney General has filed the last known address of Dr. Koehn *under seal* (ECF No. 17). Plaintiff's motion requesting issuance of summons and service (ECF No. 19) is **GRANTED**.

The Clerk shall **ISSUE** a summons for **Michael Koehn** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 17). The Clerk shall **SEND** to plaintiff one USM-285 form. The Clerk shall **SEND** one copy of the complaint (ECF No. 1-2), one copy of the screening order (ECF No. 7), and one copy of this order to the U.S. Marshal for service on the defendant. Plaintiff shall have until **Friday, February 9, 2018,** to complete the USM-285 service form and return it to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV 89501 for service.

If plaintiff fails to follow this order, defendant Dr. Michael Koehn will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:_____/s/_____
Deputy Clerk